UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 16, 2021
```

Avery H. Pepper & Ariel R. Posh,

                 **Plaintiffs,**

   -against-

Ronald N. Levy,

                 **Defendant.**

21-cv-6237-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Since this case was transferred in from the U.S. District Court - District of New Jersey on July 22, 2021, there has been no activity aside from the notice of appearance filed by Plaintiffs' counsel on July 29, 2021. ECF No. 9. Accordingly, Plaintiffs are hereby **ORDERED** to submit a status report on how they would like to proceed with the case no later than August 23, 2021.

**SO ORDERED.**

Dated:  August 16, 2021
         New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**