UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AVERY H PEPPER, et al.,                           :
                                                  :
        Plaintiffs,                        :    21-CV-6237 (ALC) (OTW)
                                                  :
        -against-                         :    **ORDER**
                                                  :
RONALD N LEVY,                                    :
                                                  :
        Defendant.                         :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

    The Court has reviewed ECF 35. The case is **UNSTAYED** and the parties' request to extend the fact discovery deadline to January 31, 2023, is **GRANTED**.

    The parties shall file monthly joint status letters on the last business Friday of each month, beginning **January 27, 2023**. The Court will hold an in-person status conference in this matter on **Wednesday, February 1, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall include in their January 27 status letter a proposed agenda for the conference, detailing next steps in the case.

    The Clerk of Court is respectfully directed to close ECF 35.

    **SO ORDERED.**

                                                                       _s/ Ona T. Wang_

Dated: December 16, 2022                             **Ona T. Wang**
       New York, New York                     United States Magistrate Judge