UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AVERY H PEPPER, et al.,

        Plaintiffs,

        -against-

RONALD N LEVY,

        Defendant.
------------------------------------------------------------x

21-CV-6237 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on February 1, 2023. Pursuant to rulings made on the record at the conference, counsel for Plaintiffs will produce to Defendant Plaintiffs' medical and employment records by **February 24, 2023**.

Fact discovery in this matter is extended to February 24, 2023, for the limited purpose of completing the outstanding discovery discussed at the February 1 conference. The expert discovery deadline remains March 31, 2023. The parties are directed to refer to the transcript of the February 1 conference for greater detail on the Court's rulings.

The Court will hold a Pre-Settlement Conference Scheduling Call on **Wednesday, April 5, 2023 at 10:30 a.m.** The dial-in information is (866) 390-1828, access code 1582687.

        SO ORDERED.

Dated: February 1, 2023
      New York, New York

                                      _s/ Ona T. Wang_
                                      **Ona T. Wang**
                                      United States Magistrate Judge