**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AVERY H PEPPER, et al.,

              Plaintiffs,

           -against-

RONALD N LEVY,

              Defendant.

------------------------------------------------------------x

21-CV-6237 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a Pre-Settlement Conference Scheduling Call on **Wednesday, May 17, 2023, at 3:00 p.m.** The dial-in information is (866) 390-1828, access code 1582687.

     SO ORDERED.

Dated: April 5, 2023
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge